IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NURITDIN MARUPOV, ET AL.,** : | |
| : | Case No.   21-cv-1978-JMY |
| *Plaintiffs* : | |
| v. : | |
| **ALEJANDRO MAYORKAS, ET AL.,** : | |
| *Defendants* : | |

### ORDER

**AND NOW**, this 30th day of September, 2021, upon consideration of Plaintiffs' Emergency Motion to Reserve Visa Numbers (ECF No. 10), and all documents submitted in support thereof and in opposition thereto (*see* ECF Nos. 14, 15, 19), and following a hearing held on September 15, 2021, it is hereby **ORDERED**, for the reasons set forth in the Memorandum issued concurrently herewith, that Plaintiffs' Motion is **DENIED**.

**IT IS SO ORDERED**.

BY THE COURT:

 */s/ John Milton Younge*
**Judge John Milton Younge**